UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| BRIAN CHRONISTER, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:22-cv-001207 SEP |
| | ) |
| KILOLO KIJAKAZI, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM AND ORDER**

This case is before the Court on Defendant Acting Commissioner Kilolo Kijakazi's Motion to Reverse and Remand. Doc. [9]. Plaintiff does not oppose the motion.

Plaintiff's Complaint seeks review of the ALJ's decision that he was not under a disability within the meaning of the Social Security Act. *See* Doc. [1]. Defendant answered and filed the transcript of the administrative proceedings. Doc. [7]. Plaintiff filed a brief in support of the Complaint. Doc. [8]. Rather than file a response, Defendant filed the instant motion, seeking reversal and remand of the case for further action under sentence four of section 205(g) of the Social Security Act, which permits the Court "to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." 42 U.S.C. § 405(g). According to Defendant, upon review of the record, agency counsel determined that remand was necessary in order to allow the ALJ to further evaluate the severity of Plaintiff's impairments.

Upon review of Plaintiff's brief, the ALJ's decision, and the Acting Commissioner's motion, the Court agrees that this case should be reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Reverse and Remand, Doc. [9], is **GRANTED**.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of Social Security is **REVERSED** and this case is **REMANDED** under sentence four of 42 U.S.C. § 405(g) for reconsideration and further proceedings consistent with this opinion.

Dated this 15th day of August, 2023.

_____
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE